# EXHIBIT 4

Lexis Advance®
Research

Document:Marion Worth v. Sam's Club, Inc; 2001 Jury Verdicts L...

# Marion Worth ▾ v. Sam's Club, Inc; 2001 Jury Verdicts LEXIS 54308

1:99-cv-10344

August 23, 2001

**Headline:** Falldown - Sam's Club - Aisleway Roping

**Published Date:** March 13, 2011

**Topic:** Premises - Falldown

**State:** Michigan

**Court:** Wayne County, United States District Court, Bay City

**Plaintiff Counsel**

Michael J. Forster ▾
Address: Saginaw, MI
Plaintiff Name: (Marion Worth ▾)

James A. Brisbois ▾
Address: Saginaw, MI
Plaintiff Name: (Marion Worth ▾)

**Defendant Counsel**

Robert P. George ▾
Address: Detroit, MI

Defendant Name: (Sam's Club, Inc.)

**Judge:** David M. Lawson ▼

## Case Summary

Plaintiff was a patron at Defendant Sam's Club. She alleged that a rope used to petition off an aisleway was left in a position low to the floor which snagged her foot and caused her to fall. She suffered several **fractures** and a knee injury diagnosed 10 months after the incident. Defendant did not contest liability.

Plaintiff alleged that: (1) defendant failed to maintain a safe premises for patrons; (2) defendant knew or should have known the rope was hanging too low; and (3) she suffered serious injuries as a result of her fall, including a torn meniscus. Further, that there was no intervening event which would have caused the torn meniscus.

Defendant contended that: (1) the rope was open and obvious; (2) plaintiff should have seen it; and (3) plaintiff's torn meniscus was unrelated, but if it was, plaintiff exaggerated her condition.

Plaintiff was a 50 year old married female who was an X-ray technician.

## Injury Text:

**Fractured** left **ankle** and **fractured** left elbow which did not require surgery. Plaintiff also claimed a torn meniscus (knee) diagnosed 10 months after the fall which required arthroscopic surgery. She claimed continuing arthritic problems.

## Jury Deliberation

3.0 hours

## Insurer:

Sam's Club Self-insured

## Plaintiff Expert(s)

Brian McCardel, M.D. ▼

Address: E. Lansing, MI

Specialty: Orthopedics

Sean Hobson, M.D.

Address: Grand Blanc, MI

Specialty: Orthopedics

**Award:** $ 206,000

**Award Details:** $206,000

# VERDICTSEARCH

www.verdictsearch.com/index.jsp

Copyright 2011 ALM Media Properties, LLC.

All Rights Reserved

Further duplication without permission is prohibited

VerdictSearch

JAS

**Content Type:** Jury Verdicts and Settlements

**Terms:** (fractured and ankle)

**Narrow By:** Sources: 6th Cir.; Jury Verdicts and Settlements

**Date and Time:** Feb 13, 2018   03:23:28 p.m. EST

LexisNexis | About LexisNexis® | Privacy Policy | Terms & Conditions | Sign Out | Copyright © 2018 LexisNexis. All rights reserved. | RELX Group™

Lexis Advance®
Research

---

Document:Henegar v. N & D Properties; 2014 Dolan Media Jury V...

---

# Henegar v. N & D Properties; 2014 Dolan Media Jury Verdicts LEXIS 7686

12-008597-NO

May 1, 2014

**Title:** Woman claimed injuries from fall in hole

**Published:** May 1, 2014

**Topic:** Premises liability

**Result:** $ 200,000

**Award:** $ 200000

**Injury: Fractured ankle**

**State:** Michigan

**Court:** Wayne County Circuit Court

**Judge:** Robert L. Ziolkowski ▼

**Plaintiff Counsel**
Howard J. Radner ▼

**Defendant Counsel**

Richard E. Moblo ▾

**Case Summary**

Plaintiff Starlina Marie Henegar claimed she fell in a concealed hole in defendant's field next to the defendant's apartment buildings.

Defendant argued alternatively that the hole was open and obvious or that there was no hole and plaintiff fell in a park.

A Wayne County jury awarded plaintiff $ 68,000 in past economic damages; $ 100,000 in past noneconomic damages; and $ 32,000 in future noneconomic damages.

Judge Robert L. Ziolkowski ▾ reduced future noneconomic damages to present cash value and added statutory interest for a total judgment of $ 200,041, as of May 1, 2014.

Tried before: Jury

Demand: $ 225,000

Highest offer: $ 1,500

Verdict amount: $ 200,000

Case evaluation: $ 225,000

Special damages: Medical bills, wage loss

http://www.milawyersweekly.com/be-the-first-to-know/

© 2015 Dolan Media Newswires. All Rights Reserved.

**Insurance:** Farm Bureau

Copyright 2014, Dolan Media Company, All Rights Reserved

Verdicts and Settlements

**Content Type:** Jury Verdicts and Settlements

**Terms:** "fractured ankle"

**Narrow By:** Sources: MI; Jury Verdicts and Settlements

**Date and Time:** Feb 13, 2018   03:41:49 p.m. EST

LexisNexis | About LexisNexis® | Privacy Policy | Terms & Conditions | Sign Out | Copyright © 2018 LexisNexis. All rights reserved. | RELX Group™