UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA ASPINALL and DONALD ASPINALL, )
         Plaintiff, )
          ) No. 1:19-cv-27
-v- )
          ) Honorable Paul L. Maloney
MENARD, INC., )
         Defendant. )
          )

# JUDGMENT

Because this Court lacks subject-matter jurisdiction over the lawsuit, the matter has been remanded to the Calhoun County Circuit Court. The claims are dismissed without prejudice. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: January 28, 2019                    /s/ Paul L. Maloney
                                                     Paul L. Maloney
                                                     United States District Judge